United States District Court
Southern District of Texas
**ENTERED**
October 22, 2024
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| Eric Geaslin, on behalf of himself and all others similarly situated, | |
| Plaintiff, | CASE NO.: 4:24-cv-02418 |
| v. | |
| Colony Ridge Development, LLC d/b/a Terrenos Santa Fe, | |
| Defendant. | |

### ORDER GRANTING JOINT MOTION TO RESCHEDULE INITIAL SCHEDULING CONFERENCE

This Court, having considered the Parties' joint motion to vacate the October 25, 2024 Case Management Conference, or in the alternative, to reschedule the conference to November 1, 2024, and for good cause shown, GRANTS the motion, and the initial scheduling conference is RESET to November 1, 2024 at 2:30 p.m.

Signed on October 22, 2024.

_____
Ewing Werlein, Jr.
United States District Judge