United States District Court
Southern District of Texas
**ENTERED**
October 28, 2024
Nathan Ochsner, Clerk

```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                    HOUSTON DIVISION

ERIC GEASLIN, on behalf of     §
himself and all others         §
similarly situated,            §
                               §
     Plaintiff,                §
                               §
v.                             §   CIVIL ACTION NO. H:24-CV-2418
                               §
COLONY RIDGE DEVELOPMENT, LLC  §
d/b/a TERRENOS SANTA FE,       §
                               §
     Defendant.                §
```

ORDER

The Scheduling Conference set in this case on November 1, 2024, at 2:30 p.m. will be conducted by telephone conference. Following are dial-in instructions:

- At the time of your scheduled conference, please dial 1-669-254-5252,

- Enter Meeting ID: 160 7229 1840, and press "#",

- No Participant ID, press "#",

- Enter Passcode: 11521, and press "#",

- You will now be on the call--place yourself on mute if you are not speaking (*6 to mute/unmute).

It is SO ORDERED.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 28TH day of October, 2024.

*Ewing Werlein, Jr.*
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE