Case Number:   H-24-CV-2418

Style:   Eric Geaslin on behalf of himself and all others similarly situated v. Colony Ridge Development LLC d/b/a Terrenos Santa Fe

Appearances:   PLEASE PRINT CLEARLY

| Counsel: | Representing: |
|---|---|
| Alexander D. Kruzyk | Plaintiff |
| Eric P. Chenoweth | Defendant |
| Nick Petree | |

Date:   November 1, 2024            Time:   2:30 PM / 2:46 PM
Court Reporter:   N/A               Law Clerk:   A. Dorman

## ORDER/DOCKET ENTRY

(EW) Minutes of RULE 16 SCHEDULING CONFERENCE:

1. [ X ]   Docket Control Order entered.
2. [ X ]   The parties will complete all discovery required for purposes of Alternative Dispute Resolution, including mediation, within __120__ days, and no later than ____March 1, 2025___ will advise the Court of the identity of a mediator to whom they jointly agree that this case can be referred for mediation.

The Clerk will file this entry and mail copies to all parties.

Ewing Werlein, Jr.
United States District Judge