UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Eric Geaslin, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>Colony Ridge Development, LLC d/b/a Terrenos Santa Fe,<br><br>  Defendant. | CASE NO.: 4:24-cv-02418 |

**JOINT NOTICE OF SELECTION
OF ALTERNATIVE DISPUTE REOLUTION PROVIDER**

In compliance with this Court's Minute Order at ECF No. 18, Eric Geaslin ("Plaintiff") and Colony Ridge Development, LLC d/b/a Terrenos Santa Fe ("Defendant") (together, the "Parties") hereby jointly select Seamus Duffy of Seamus Duffy Mediation Services, LLC as the Parties' mediator in this matter. The Parties agree to split the costs of this mediation evenly.

The Parties accordingly request that the Court refer mediation of this matter to Mr. Duffy, which the Parties anticipate completing on or before May 30, 2025.

Date: March 3, 2025

*/s/ Alex D. Kruzyk*
Alex D. Kruzyk *(Attorney in Charge)*
Texas Bar No. 24117430
S.D. Tex. ID No. 3412403
Bryan A. Giribaldo
Texas Bar No. 24124547
S.D. Tex. ID No. 3657465
**PARDELL, KRUZYK & GIRIBALDO, PLLC**
7500 Rialto Blvd. Suite 1-250
Austin, Texas 78735
Tele: (561) 726-8444
Fax: (877) 453-8003
akruzyk@pkglegal.com

1

bgiribaldo@pkglegal.com

*Counsel for Plaintiff*

Date: March 3, 2025

*/s/ Eric Chenoweth*
Eric Chenoweth (*Attorney in Charge*)
Texas Bar No. 24006989
Tom Ajamie
Texas Bar No. 00952400
Nicholas E. Petree
Texas Bar No. 24083657
**AJAMIE LLP**
Pennzoil Place – South Tower
711 Louisiana, Ste. 2150
Houston, Texas 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
echenoweth@ajamie.com
tajamie@ajamie.com
npetree@ajamie.com

Jason Ray
Texas Bar No. 24000511
**RIGGS & RAY, PC**
3307 Northland Dr, Suite 215
Austin, Texas 78731
Telephone: (512) 457-9806
jray@r-alaw.com

Stephanie K. McGuire
Texas Bar No. 11100520
**HILDER & ASSOCIATES, P.C.**
819 Lovett Blvd.
Houston, Texas 77006-3905
Telephone: 713.655.9111
Facsimile: 713.655.9112
stephanie@hilderlaw.com

*Counsel for Defendant*