UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Eric Geaslin, on behalf of himself and all others similarly situated, | |
| Plaintiff, | CASE NO.: 4:24-cv-02418 |
| v. | |
| Colony Ridge Development, LLC d/b/a Terrenos Santa Fe, | |
| Defendant. | |

**JOINT MOTION TO MODIFY MEDIATION ORDER**

In response to Eric Geaslin ("Plaintiff") and Colony Ridge Development, LLC d/b/a Terrenos Santa Fe's ("Defendant") (together, the "Parties") designation of Seamus Duffy as mediator in this matter, the Court ordered that the Parties complete their mediation on or before May 5, 2025. *See* ECF No. 21. However, in order to afford the Parties time to address additional pending discovery, and to accommodate the schedules of the Parties, their counsel, and the mediator, the Parties respectfully request that the Court allow them to complete mediation on May 7, 2025—two days after the Court's currently-set deadline. This brief modification of the mediation deadline will not impact any other pending deadlines, and will afford the parties the best opportunity to fully assess the prospect of mediation and participate in mediation in good faith.

The Parties accordingly request that the Court modify its mediation order by extending the deadline to complete mediation by two days, and therefore grant the Parties leave to conduct mediation on May 7, 2025.

Date: March 12, 2025

/s/ Alex D. Kruzyk
Alex D. Kruzyk *(Attorney in Charge)*

Texas Bar No. 24117430
S.D. Tex. ID No. 3412403
Bryan A. Giribaldo
Texas Bar No. 24124547
S.D. Tex. ID No. 3657465
**PARDELL, KRUZYK & GIRIBALDO, PLLC**
7500 Rialto Blvd. Suite 1-250
Austin, Texas 78735
Tele: (561) 726-8444
Fax: (877) 453-8003
akruzyk@pkglegal.com
bgiribaldo@pkglegal.com

*Counsel for Plaintiff*

Date: March 12, 2025

*/s/ Eric Chenoweth*
Eric Chenoweth (*Attorney in Charge*)
Texas Bar No. 24006989
Tom Ajamie
Texas Bar No. 00952400
Nicholas E. Petree
Texas Bar No. 24083657
**AJAMIE LLP**
Pennzoil Place – South Tower
711 Louisiana, Ste. 2150
Houston, Texas 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
echenoweth@ajamie.com
tajamie@ajamie.com
npetree@ajamie.com

Jason Ray
Texas Bar No. 24000511
**RIGGS & RAY, PC**
3307 Northland Dr, Suite 215
Austin, Texas 78731
Telephone: (512) 457-9806
jray@r-alaw.com

Stephanie K. McGuire
Texas Bar No. 11100520
**HILDER & ASSOCIATES, P.C.**
819 Lovett Blvd.
Houston, Texas 77006-3905
Telephone: 713.655.9111

Facsimile: 713.655.9112
stephanie@hilderlaw.com

*Counsel for Defendant*